IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY 20 A 10: 26

CLERK
SO.         GA.

JOSEPH HENRY POWELL,

  Plaintiff,

vs.

BENNY DeLOACH, Sheriff; ADAM BELL, Chief Jailor; Sgt. ELAINE EASON; Sgt. SAUL; Sgt. COBB ROGERS; Jailer JACK HAMILTON; Jailer GENEVA SUMLIN; BERT RAWLS, Nurse, and Parole Officer BRYANT,

  Defendants.

CIVIL ACTION NO.: CV205-084

## ORDER

Plaintiff, an inmate at Wilcox State Prison in Abbeville, Georgia, submitted to the Court for filing a complaint brought pursuant to 42 U.S.C. § 1983. Plaintiff moved to proceed *in forma pauperis,* and as he appeared to be indigent, the Court granted his motion by Order dated April 28, 2005. That same Order advised Plaintiff that he had to return the completed Consent to Collection of Fees from Trust Account and Prisoner Trust Fund Account Statement. Plaintiff has filed a Request to Clerk for Another Form. (Doc. 4.)

Plaintiff's request is **GRANTED.** Plaintiff must return both the **Prisoner Trust Account Statement** and the **Consent to Collection of Fees from Trust Account** to the Clerk within thirty days of this Order. Failure to comply with this order by June 20, 2005, may result in the dismissal of plaintiff's case, without prejudice.

SO ORDERED, this 20th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

JOSEPH HENRY POWELL,

 Plaintiff,

vs.

BENNY DeLOACH, Sheriff; ADAM BELL, Chief Jailor; Sgt. ELAINE EASON; Sgt. SAUL; Sgt. COBB ROGERS; Jailer JACK HAMILTON; Jailer GENEVA SUMLIN; BERT RAWLS, Nurse, and Parole Officer BRYANT,

 Defendants.

CIVIL ACTION NO.: CV205-084

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

As a condition to proceeding with this lawsuit, I hereby consent for the appropriate prison officials to withhold from my prison account and pay to the Court an initial partial filing fee equal to 20 percent of the greater of

 (a) the average monthly deposits to my account, or

 (b) the average monthly balance in my account

for the six-month period immediately preceding the filing of my complaint. I understand that I may not withdraw any monies from my account until this initial payment has been paid.

After the payment of any initial partial filing fee, I further consent for the appropriate prison officials to collect from my account on a continuing basis each month an amount equal to 20 percent of all deposits credited to my account during the preceding month. Each time the set aside amount reaches $10.00, the trust officer shall forward the payment to the Clerk's office, United States District Court, until such time as the $250.00 filing fee is paid in full.

By executing this document, I also authorize collection on a continuing basis of any additional costs which may be imposed by the Court.

Date: _____ Plaintiff's Signature: _____

           Plaintiff's Prison No.: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JOSEPH HENRY POWELL,

    Plaintiff,

vs.

CIVIL ACTION NO.: CV205-084

BENNY DeLOACH, Sheriff; ADAM
BELL, Chief Jailor; Sgt. ELAINE EASON;
Sgt. SAUL; Sgt. COBB ROGERS;
Jailer JACK HAMILTON; Jailer GENEVA
SUMLIN; BERT RAWLS, Nurse, and
Parole Officer BRYANT,

    Defendants.

## PRISONER TRUST FUND ACCOUNT STATEMENT

Under the Prison Litigation Reform Act, a prisoner seeking to bring a civil action without prepayment of fees must obtain from the appropriate prison official a certified copy of the prisoner's trust account statement for the six-month period immediately preceding the filing of the complaint. The plaintiff in this case has been instructed by the Court to furnish this form to the trust officer of each institution where he has been confined for the last six months.

Please complete this form, attach the supporting ledger sheets, and return these documents to the prisoner for mailing to the Court.

**DATE OF FILING COMPLAINT:**     <u>April 22, 2005</u>
(to be completed by the clerk)

**AVERAGE MONTHLY DEPOSITS** during the
six months prior to filing of the complaint:     _____

**AVERAGE MONTHLY BALANCE** during the
six months prior to filing of the complaint:     _____

I certify that the above information accurately states the deposits and balances in the plaintiff's trust account for the period shown and that the attached ledger sheets are true copies of the account records maintained by this institution.

_____      _____
**Signature of Authorized Officer of Institution**     **Date**

_____
**Print or Type Name**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

JOSEPH HENRY POWELL,

    Plaintiff,

vs.                             CIVIL ACTION NO.: CV205-084

BENNY DeLOACH, Sheriff; ADAM BELL, Chief Jailor; Sgt. ELAINE EASON; Sgt. SAUL; Sgt. COBB ROGERS; Jailer JACK HAMILTON; Jailer GENEVA SUMLIN; BERT RAWLS, Nurse, and Parole Officer BRYANT,

    Defendants.

## PRISONER TRUST FUND ACCOUNT STATEMENT

Under the Prison Litigation Reform Act, a prisoner seeking to bring a civil action without prepayment of fees must obtain from the appropriate prison official a certified copy of the prisoner's trust account statement for the six-month period immediately preceding the filing of the complaint. The plaintiff in this case has been instructed by the Court to furnish this form to the trust officer of each institution where he has been confined for the last six months.

Please complete this form, attach the supporting ledger sheets, and return these documents to the prisoner for mailing to the Court.

**DATE OF FILING COMPLAINT:**     April 22, 2005
(to be completed by the clerk)

**AVERAGE MONTHLY DEPOSITS** during the six months prior to filing of the complaint: _____

**AVERAGE MONTHLY BALANCE** during the six months prior to filing of the complaint: _____

I certify that the above information accurately states the deposits and balances in the plaintiff's trust account for the period shown and that the attached ledger sheets are true copies of the account records maintained by this institution.

_____    _____
**Signature of Authorized Officer of Institution**    **Date**

_____
**Print or Type Name**