

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JOSEPH HENRY POWELL,

Plaintiff,

vs.

BENNY DeLOACH, Sheriff; ADAM BELL, Chief Jailor; Sgt. ELAINE EASON; Sgt. SAUL; Sgt. COBB ROGERS; Jailer JACK HAMILTON; Jailer GENEVA SUMLIN; BERT RAWLS, Nurse, and Parole Officer BRYANT,

Defendants.

CIVIL ACTION NO.: CV205-084

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff asserts that he filed a grievance while he was incarcerated at the Appling County Jail but received no response. Plaintiff also asserts that he should not be held to such stringent standards due to his status as a pro se Plaintiff. While this is a correct statement of the law, Plaintiff nonetheless is required to exhaust his administrative remedies prior to filing suit in this Court.

AO 72A
(Rev. 8/82)

Plaintiff's Objections are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED**, without prejudice, due to his failure to exhaust his available administrative remedies. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 16th day of Nov., 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA